IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLA WILLIAMS and RONALD WILLIAMS, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:22-cv-2877-E-BN |
| LEESA LOGAN and SPECIALIZED LOAN SERVICING, LLC, | § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated August 28, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.[1]

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Consequently, the Court **DENIES** Plaintiff's Motion to Remand. (ECF No. 28).

**SO ORDERED** this 12th day of September, 2023.



Ada Brown
UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed.